IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DANNY ALLEN GREEN,

    Petitioner,

v.                                                           CASE NO. 1:13-cv-18-MP -GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

## **REPORT AND RECOMMENDATION**

        This matter is before the Court on Doc. 13, Petitioner's Motion to Withdraw his habeas petition. Petitioner advises the Court that he wishes to pursue his constitutional claims regarding the FDOC's alleged lack of proper documentation to detain him, and therefore plans to file a Fed. R. Civ. P. 60 motion in his previous habeas case.

        Since Petitioner first filed his petition in January 2013, the Court has repeatedly directed Petitioner to amend his petition by fully completing the Court's forms and making clear whether he is challenging his original conviction and sentence (i.e., his allegations of missing documentation) or disciplinary convictions that resulted in the loss of gain time. Most recently, the District Judge gave Petitioner until May 11, 2013, to file a second amended petition. Rather than amend, Petitioner advises that he does not wish to pursue the gain- time claims. (Doc. 13.) Petitioner has been warned of the consequences of dismissal of this case–specifically, that any subsequently filed habeas petition challenging the same conviction may be barred by the one-year limitation

period. (Docs. 3, 6.) In addition to these warnings, Petitioner has experience litigating in federal court, with several prior actions filed in this Court. Considering these factors, the Court is assured that Petitioner is aware of the consequences of withdrawing his petition.

Because Petitioner seeks to voluntarily dismiss his habeas petition and has been advised of the consequences of withdrawing the petition, it is respectfully **RECOMMENDED** that the Amended Petition for Writ of Habeas Corpus, Doc. 5, should be **DISMISSED**.

**IN CHAMBERS** this 13th day of June 2013.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

## NOTICE TO THE PARTIES

**Pursuant to Fed. R. Civ. P. 72(b)(2), a party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**